IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

FILED
OCT 05 2017
Clerk, U.S Courts
District Of Montana
Missoula Division

| | |
|---|---|
| STEPHEN MCCOY,<br><br>Plaintiff,<br><br>vs.<br><br>SALISH KOOTENAI COLLEGE, INC.,<br><br>Defendant. | CR 17–88– M–DLC<br><br>ORDER |

Upon review of Defendant Salish Kootenai College, Inc.'s Unopposed Motion for Entry of Order Setting Jurisdictional Discovery and Briefing Schedule, and finding good cause appearing,

IT IS ORDERED that the motion (Doc. 4) is GRANTED. Plaintiff Stephen McCoy shall serve jurisdictional discovery requests on or before December 1, 2017. Defendant Salish Kootenai College, Inc. shall file a motion to dismiss on or before February 2, 2018. Plaintiff Stephen McCoy shall file his response brief on or before February 23, 2018. Defendant Salish Kootenai College, Inc. shall file its reply brief on or before March 9, 2018.

Dated this 5th day of October, 2017.

Dana L. Christensen, Chief Judge
United States District Court