IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| STEPHEN MCCOY,<br><br>Plaintiffs,<br><br>vs.<br><br>SALISH KOOTENAI COLLEGE, INC.,<br><br>Defendant. | CV 17–88–M–DLC<br><br>ORDER |

Counsel for Amicus Curiae, American Indian Higher Education Consortium, in support of Defendant, moves for the admission of Melody L. McCoy, of the Native American Rights Fund, to practice before this Court in this case with Michael G. Black, of the firm Beck, Amsden & Stalpes, PLLC, to act as local counsel. The application appears to be in order.

Accordingly, IT IS ORDERED that the motion to admit Melody L. McCoy pro hac vice (Doc. 30) is GRANTED on the condition that Ms. McCoy does her own work. This means that she must: (1) do her own writing; (2) sign her own pleadings, motions, and briefs; and (3) appear and participate personally. Counsel

-1-

shall take steps to register in the Court's electronic filing system (CM-ECF). Further information is available on the Court's website, www.mtd.uscourts.gov, or from the Clerk's Office.

IT IS FURTHER ORDERED that this Order is subject to withdrawal unless Ms. McCoy within fifteen (15) days of this Order, files a separate pleading acknowledging her admission under the terms set forth above.

Dated this 23rd day of April, 2018.

/s/ Dana L. Christensen
Dana L. Christensen, Chief Judge
United States District Court